IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 2:09-CV-735 |
| v. | : | |
| | : | Judge Gary L. Lancaster |
| | : | |
| EQUITY RESOURCES, INC., | : | **ELECTRONICALLY FILED** |
| Defendant. | : | |

**STIPULATION FOR LEAVE TO AMEND COMPLAINT TO FACILITATE SETTLEMENT**

Plaintiff and Defendant, through their undersigned counsel, in an effort to resolve the pending litigation, hereby stipulate that Plaintiff may file an Amended Complaint to facilitate final resolution of the settlement achieved in principle. This matter has been administratively closed since September 14, 2009 due to a proposed settlement following Court-ordered mediation, but one of the loans listed in the Complaint needs to be removed from the litigation in order to finalize the settlement.

Respectfully submitted,

| | |
|---|---|
| **KAHRL WUTSCHER LLP** | **STRASSBURGER McKENNA GUTNICK & GEFSKY** |
| | |
| /s/ Benjamin M. Kahrl | /s/ David A. Strassburger |
| Benjamin M. Kahrl (#26729) | David A. Strassburger (#14879) |
| 4435 Wisconsin Avenue, NW | Four Gateway Center, Suite 2200 |
| Suite 100 | 444 Liberty Avenue |
| Washington, DC 20016 | Pittsburgh, PA 15222 |
| Telephone: (202) 621-9559 | Telephone: (412) 281-5423 |
| Facsimile: (202) 621-9538 | Facsimile: (412) 281-8264 |
| bkahrl@kw-llp.com | dstrassburger@smgglaw.com |
| | |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

SO ORDERED, this 22 day of March, 2010.

_____, C.J.